# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S Dearborn St., Ste 1866
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 03/12/2024

**To:** Mary Spickler
c/o Edward McDavid, Esq.
Law Offices of Beau B. Brindley
53 W. Jackson Boulevard, Suite 1410
Chicago, IL 60604

**Charge No: 21B-2023-00504**

EEOC Representative and email: SHERICE GALLOWAY
STATE LOCAL TRIBAL PROGRAMS MANAGER
sherice.galloway@eeoc.gov

---

## DISMISSAL OF CHARGE

Charging Party has opted out of an investigation to commence suit in court.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office. Please retain this notice for your records.

On behalf of the Commission,

Digitally Signed By: Amrith Kaur Aakre
03/12/2024

Amrith Kaur Aakre
District Director

**Cc:** RIGHTSIZE FACILITY
c/o Andre A. Sutton, Esq.
O'Hagan Meyer, LLC
One E. Wacker Drive, Suite 3400
Chicago, IL 60601