**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARY SPICKLER,<br><br>Plaintiff,<br><br>v.<br><br>RIGHTSIZE FACILITY PERFORMANCE, LLC and MASON AWTRY,<br><br>Defendants. | ) | Case No.: 1:24-cv-5083<br><br>**JURY DEMANDED** |

**DECLARATION OF MARIA ALMAZAN**

I, Maria Almazan, declare as follows:

1. I am the Executive Assistant for the Law Offices of Beau B. Brindley. I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them.

2. My responsibilities as the Executive Assistant include checking the firm mailbox each business day.

3. On March 20, 2024, I obtained from the firm mailbox, a letter from the Equal Employment Opportunity Commission (EEOC) addressed to Edward McDavid, an associate attorney at the firm. I had not observed the letter in the firm mailbox prior to that date.

4. After obtaining the EEOC letter from the mailbox, I provided the same to Mr. McDavid. Mr. McDavid subsequently returned the opened right to sue letter to me with instructions to file the letter in our client file for Mary Spickler, which I did.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31st day of January 2025 in Chicago, Illinois.

By: /s/ Maria Almazan
Maria Almazan