**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MARY SPICKLER,<br><br>Plaintiff,<br><br>v.<br><br>RIGHTSIZE FACILITY PERFORMANCE, LLC and MASON AWTRY,<br><br>Defendants. | Case No.: 1:24-cv-5083<br><br>**JURY DEMANDED** |

**DECLARATION OF EDWARD MCDAVID**

I, Edward McDavid, declare as follows:

1. I am an associate attorney at the Law Offices of Beau B. Brindley, and I am counsel of record for the Plaintiff, Mary Spickler, in the above-captioned matter. I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them.

2. On March 20, 2024, the executive assistant for our office, Maria Almazan, provided me with the right to sue letter issued by the Equal Employment Opportunity Commission (EEOC) to Ms. Spickler, after retrieving the letter from our office mailbox the same day.

[*Intentionally left blank*]

3. Upon receiving the right to sue letter from Ms. Almazan, I made entries in our firm's calendar noting both the date of receipt and the ninety-day filing deadline.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31st day of January 2025 in Chicago, Illinois.

By: /s/ Edward McDavid
Edward McDavid