# Exhibit A

BY MS. WELLS:

Q. And I guess throughout that entire period of time, there was only one sexual harassment complaint that you ever became aware of --

**A. Yes.**

Q. -- by any employee of the company?

**A. Correct.**

Q. Do you consider Mary Spickler's complaints as being a sexual harassment complaint?

MR. MOLITOR: Objection, form, vague as to the complaints.

**THE WITNESS: While I was employed there, she did not complain to me, no.**

BY MS. WELLS:

Q. But after the fact, you learned that she did have complaints in her exit interview, correct?

**A. Correct.**

Q. And, similarly, would you consider Jane Haglund's complaints, were those --

**A. Oh, yes, I forgot about Jane. Yes.**

Q. So other than those two, are there any other complaints that you are aware of?

**A. None at all.**

Q. There's nobody else?



**A. No, not that I can think of.**

Q. What about Kathleen McManus?

**A. Kathleen worked there for only like a month or two after I started. And I was at Office Furniture Center. I didn't have any interaction with her.**

Q. Are you aware of the allegations and complaints that she made as you sit here today?

**A. No.**

Q. So you've never seen her EEOC complaint?

**A. I have not, no.**

Q. Okay. Well, we will take a look at that.

Other than those three women that I just told you about, are you aware of any other complains that were made against any employees?

**A. No.**

MR. MOLITOR: Objection, form.

BY MS. WELLS:

Q. Other than those three women, are you aware of any other complaints that were made against Mason Awtry?

**A. No.**

Q. Did Rightsize ever conduct any anonymous employee surveys about workplace culture?



**A. We did.**

Q. And what were the results of those surveys?

MR. MOLITOR: Objection, form.

**THE WITNESS: I mean, there was a long list of them. Some people would complain that they wanted to be paid more. Some people would say, I don't know, they wanted additional outside time. Some people would say they wanted more time off. It could go in any direction. Some people would be vague and say they don't love their manager.**

**But it was an anonymous company-wide survey that goes out annually.**

BY MS. WELLS:

Q. And did you retain documents related to those surveys?

**A. I don't -- there was a spreadsheet that had all the responses on them. I don't know if they were saved after I left. They were on my computer at the time.**

MS. WELLS: Okay. Again, I'm going to make a request on the record. I think that these surveys fall within the requests to



produce that we have already issued, and we have not been provided with any surveys about complaints made by employees.

And so I'd ask that those be produced within seven days.

MR. MOLITOR: We can talk about that one off the record.

BY MS. WELLS:

Q. Did Rightsize ever hire an outside HR consultant to evaluate whether its workplace was free from harassment?

**A. No.**

MS. WELLS: And just before I forget as well, I'm going to retain the right to depose Ms. Rodriguez and any other potential deponents related to what's contained within that survey and those survey documents.

Okay. So let's take a look at this EEOC complaint. This has been previously marked as Exhibit 11. So to be consistent, can we mark it as Exhibit 11 here as well.

(Exhibit 11 was identified.)

BY MS. WELLS:

Q. Ms. Rodriguez, have you ever seen this