# Exhibit D

**From:** Steven Molitor
**To:** Alexandrea M. Messner; Molly Condon Wells; Morgan Kapping;
**Cc:** Ryan Benson
**Subject:** RE: Spickler v. Rightsize - Supplemental Production
**Sent:** 7/9/2026 1:01:12 AM

I think asking for years of anonymous company survey responses is a fishing expedition with no legitimate purpose.

Let me know if you want to discuss.

**Steve Molitor**
Attorney
One East Wacker Drive | Suite 3400 | Chicago | IL | 60601
PH 312.422.6100 | DIR 312.422.6177

O'HAGAN MEYER
ATTORNEYS ▲ ADVISORS
California ▲Colorado ▲Delaware ▲District of Columbia ▲Georgia ▲Illinois
Maryland ▲Massachusetts ▲Michigan ▲Nevada ▲New Jersey ▲New York
North Carolina ▲Oregon ▲Pennsylvania ▲Virginia ▲Washington

OHaganMeyer.com

---

**From:** Alexandrea M. Messner <amm@wallacemiller.com>
**Sent:** Tuesday, July 7, 2026 2:12 PM
**To:** Steven Molitor <smolitor@ohaganmeyer.com>; Molly Condon Wells <mcw@wallacemiller.com>; Morgan Kapping <mkapping@wallacemiller.com>
**Cc:** Ryan Benson <RBenson@ohaganmeyer.com>
**Subject:** [EXTERNAL] RE: Spickler v. Rightsize - Supplemental Production

**CAUTION:** This email originated from outside the organization.
Do not click links or open attachments unless you are expecting them from the sender.

Steve,

What is your position as to producing the yearly surveys testified to by Anna Rodriguez? Please let me know asap as we will be filing a motion before the 7/13 deadline if you do not intend to produce them.

Thanks,
Alex

WALLACE MILLER

**Alexandrea M. Messner**
Associate Attorney

Direct: 331-431-6330 | Office: 312-261-6193
Fax: 312-275-8174 | Email: amm@wallacemiller.com

200 West Madison Street, Suite 3400
Chicago, IL 60606

CONFIDENTIALITY NOTICE: This e-mail message contains information belonging to the law firm of Wallace Miller, which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately.

---

**From:** Alexandrea M. Messner
**Sent:** Tuesday, June 30, 2026 8:24 AM
**To:** Steven Molitor <smolitor@ohaganmeyer.com>; Molly Condon Wells <mcw@wallacemiller.com>; Morgan Kapping <mkapping@wallacemiller.com>
**Cc:** Ryan Benson <RBenson@ohaganmeyer.com>
**Subject:** RE: Spickler v. Rightsize - Supplemental Production

That's fine, Thanks.

Alex

WALLACE MILLER

**Alexandrea M. Messner**
Associate Attorney

Direct: 331-431-6330 | Office: 312-261-6193
Fax: 312-275-8174 | Email: amm@wallacemiller.com

200 West Madison Street, Suite 3400
Chicago, IL 60606

CONFIDENTIALITY NOTICE: This e-mail message contains information belonging to the law firm of Wallace Miller, which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity

named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately.

---

**From:** Steven Molitor <smolitor@ohaganmeyer.com>
**Sent:** Tuesday, June 30, 2026 8:23 AM
**To:** Alexandrea M. Messner <amm@wallacemiller.com>; Molly Condon Wells <mcw@wallacemiller.com>; Morgan Kapping <mkapping@wallacemiller.com>
**Cc:** Ryan Benson <RBenson@ohaganmeyer.com>
**Subject:** Re: Spickler v. Rightsize - Supplemental Production

No problem. Do you have any issue with one of our summer associates observing? His name is Sean Murphy.

Get Outlook for iOS

---

**From:** Alexandrea M. Messner <amm@wallacemiller.com>
**Sent:** Tuesday, 30 June 2026 07:57:23
**To:** Steven Molitor <smolitor@ohaganmeyer.com>; Molly Condon Wells <mcw@wallacemiller.com>; Morgan Kapping <mkapping@wallacemiller.com>
**Cc:** Ryan Benson <RBenson@ohaganmeyer.com>
**Subject:** [EXTERNAL] Re: Spickler v. Rightsize - Supplemental Production

**CAUTION:** This email originated from outside the organization.
Do not click links or open attachments unless you are expecting them from the sender.

Steve- I'm going to need some time to go through this this morning. I'm just seeing this. Can we push the dep to 10:30?

WALLACE MILLER

**Alexandrea M. Messner**
Associate Attorney

Direct: 331-431-6330 | Office: 312-261-6193
Fax: 312-275-8174 | Email: amm@wallacemiller.com

200 West Madison Street, Suite 3400
Chicago, IL 60606

CONFIDENTIALITY NOTICE: This e-mail message contains information belonging to the law firm of Wallace Miller, which may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact us immediately.

---

**From:** Steven Molitor <smolitor@ohaganmeyer.com>
**Sent:** Monday, 29 June 2026 23:42:33
**To:** Alexandrea M. Messner <amm@wallacemiller.com>; Molly Condon Wells <mcw@wallacemiller.com>
**Cc:** Ryan Benson <RBenson@ohaganmeyer.com>
**Subject:** RE: Spickler v. Rightsize - Supplemental Production

Alex and Molly,

Here's a link to supplemental production marked RIGHTSIZE 2472-2515: https://ohaganmeyer.sharefile.com/d-s93d49330a78a4fc5a80f2303f38789d1

Thanks,

**Steve Molitor**
Attorney
One East Wacker Drive | Suite 3400 | Chicago | IL | 60601
PH 312.422.6100 | DIR 312.422.6177

O'HAGAN MEYER
ATTORNEYS ▲ ADVISORS
California ▲Colorado ▲Delaware ▲District of Columbia ▲Georgia ▲Illinois
Maryland ▲Massachusetts ▲Michigan ▲Nevada ▲New Jersey ▲New York
North Carolina ▲Oregon ▲Pennsylvania ▲Virginia ▲Washington

OHaganMeyer.com

---

**From:** Steven Molitor
**Sent:** Thursday, May 21, 2026 12:33 PM
**To:** Alexandrea M. Messner <amm@wallacemiller.com>; Molly Condon Wells <mcw@wallacemiller.com>
**Cc:** Ryan Benson <RBenson@ohaganmeyer.com>
**Subject:** Spickler v. Rightsize - Supplemental Production

Alex and Molly,

Here's a link to supplemental production marked RIGHTSIZE 2434-2471: https://ohaganmeyer.sharefile.com/d-s2cb039291e5c4a839534669efd0e6ded

I apologize for not providing the hotel response sooner—I thought we had done so.

Thanks,

**Steve Molitor**
Attorney
One East Wacker Drive | Suite 3400 | Chicago | IL | 60601
PH 312.422.6100 | DIR 312.422.6177

O'HAGAN MEYER
ATTORNEYS ▲ ADVISORS
California ▲ Colorado ▲ Delaware ▲ District of Columbia ▲ Georgia ▲ Illinois
Maryland ▲ Massachusetts ▲ Michigan ▲ Nevada ▲ New Jersey ▲ New York
North Carolina ▲ Oregon ▲ Pennsylvania ▲ Virginia ▲ Washington

OHaganMeyer.com