# Exhibit A

**A. Just the way that he was speaking to me, like, I was like, "I don't know how you deal with this."**
Q. Was this more of a casual conversation?
**A. Yes. Yeah. It was like, yeah, off the record, like I'm just trying to navigate this right now, like more seeking advice because at that point Rachel had left as well. So it was really a direct line from him to me.**
Q. Okay. What did Anna tell you in response?
**A. That she was dealing with the same thing. That seemed to be the consensus amongst most people that I spoke to.**
Q. And then what would have been the second time you had a conversation with Anna about Mason?
**A. When I submitted my letter of resignation.**
Q. So would that -- would you have considered that a more formal conversation than your previous casual one?
**A. Yeah. Yes. Yeah.**



Q. And what did you say to Anna about Mason when you resigned?
**A. That I was just done, done. I don't even thing I got to say everything that I wanted to when I officially resigned because he hung up on me.**
Q. Okay. So did you call Mason to resign?
**A. I did, yeah, before I sent my letter in, yes.**
Q. And what did you tell him on that conversation?
**A. That I was leaving. I think before I could even get it out, he told me not to come back into the office, that I was done. So I never -- I never even went back into the office after that day when I resigned.**
Q. Okay. Did he yell at you during that phone call?
**A. I think he raised his voice. I don't recall specifically what he said.**
MR. MOLITOR: Objection. Form.
BY MS. MESSNER:
Q. And then you told Anna what happened



on the call?
**A. Yes.**
Q. Did you ever make any comments to Anna about any of the sexual relationships that you overheard about with Mason?
**A. No.**
Q. Did Mason Awtry ever touch you inappropriately?
**A. No.**
MR. MOLITOR: Objection. Asked and answered.
BY MS. MESSNER:
Q. What was Mason's reputation among the staff?
MR. MOLITOR: Objection. Form. Foundation.
**THE WITNESS: Hotheaded, angry, scary.**
BY MS. MESSNER:
Q. Was anything or did anybody in the office ever make comments to you about his sexual relationships with employees?
MR. MOLITOR: Objection. Form. Asked and answered.
**THE WITNESS: Yeah. When I was hired,**



**so Tom Castlevecchi, who hired me, I didn't realize till I walked into the interview that's who I was interviewing with; but he was a family friend that I grew up with. But when he hired me, the one piece of advice he said was, "Stay in Naperville. You'll be safe here."**
BY MS. MESSNER:
Q. Did he explain what he meant by that?
**A. Not at the time.**
Q. Did he at any point explain what he meant by that?
**A. After he left, he did, yeah.**
Q. And what did he say about it?
**A. That as long as I was in Naperville, my exposure to Mason was very limited, so any chance of him trying to get in my pants or to take me under his wing or anything of that nature was limited, and I would be safer if I was away from him.**
Q. When was this conversation with Tom where he explained that to you?
**A. Oh, gosh. It was after I left, too. I saw him at a friend's party, a birthday party for our mutual friend. I think it was 2021,**

**fall of 2021.**
Q. Did Tom explain to you in that conversation why he thought Mason would try to get into your pants?
**A. Because he had seen it happen many times before.**
Q. Did Tom give you any details about the times that he had seen it happen?
**A. Not specifically, no. He just had said that he saw a lot in his time there, and he could go on for hours.**
Q. Okay. Are you still in contact with Tom?
**A. Yes.**
Q. Okay. During your time at Rightsize or in your conversations with Tom, did you ever hear anything about Rightsize employees going to the casino?
**A. Yes.**
Q. Okay. What do you know about Rightsize employees going to the casino?
**A. Just that they would do it sometimes, but I believe it was just like a Mason and Jason thing.**



MR. MOLITOR: Objection. Form. Foundation.
BY MS. MESSNER:
Q. Did Tom ever say anything to you about Mason using the Rightsize business card to go to the casino?
**A. No.**
Q. Did you ever hear anything about Mason -- well, let me ask this first. Do you know what a gentlemen's club is?
**A. Yes.**
Q. What's your understanding of what a gentlemen's club is?
**A. Are we talking about a gentlemen's club like where you go or just like a boys' club?**
Q. I guess I'm just talking about the colloquial use of gentlemen's club. Do you have an understanding of what that means?
**A. Then no. Can you explain?**
Q. I mean, it's my understanding that that typically refers to a strip club.
**A. Okay. Okay. Sure.**
Q. Okay. Is that something that you have heard used to describe a strip club before?



**A. A classier way, yes.**
Q. Okay. Have you ever heard anything about Mason going to strip clubs?
**A. No.**
Q. Did Tom ever make comments to you about Mason using the business card to go to strip clubs?
**A. No.**
Q. Okay. Did you ever know a Rightsize employee by the name of Jennifer Mullette?
**A. That sounds familiar.**
Q. Okay. You don't recall?
**A. I'm not placing a face with that name.**
Q. What about did you know a Rightsize employee named Grizelle Feliciano (phonetic)?
**A. Grizelle, yes.**
Q. Did she work at Rightsize at the same time as you?
**A. Yes. She was more at Office Furniture Center though.**
Q. Okay. Did you ever have any conversations with Grizelle about her picking



up drugs for Mason Awtry?
**A. No.**
Q. Do you know anything about Grizelle buying drugs for Mason?
**A. No.**
Q. I want to pull up an exhibit here real quick. I'm going to share it on the screen with you.
(Plaintiff's Exhibit No. 8 was shared on the screen.)
BY MS. MESSNER:
Q. Can you see this document on your screen?
**A. It's still loading.**
Q. Okay.
**A. Okay. Yep, now I can.**
Q. Okay. And this was previously marked as Plaintiff's Exhibit 8, and it's titled Memorandum in Judgment for Allocation of Parental Responsibility and Time. I'll represent to you that this is a judgment that will was entered in one of Mason's child support cases in 2017. I'm going to go down to page 9. Okay. So this is a summary that