IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY SPICKLER,<br><br>Plaintiff,<br><br>vs.<br><br>RIGHTSIZE FACILITY PERFORMANCE, LLC and MASON AWTRY,<br><br>Defendants. | Case No. 1:24-CV-5083<br>Judge Jeremy C. Daniel<br>Magistrate Judge M. David Weisman |

The videotaped discovery deposition of ALEXANDRA PUSCHECK MCLAUGHLIN, taken before Cathleen M. Baker, CSR, a notary public within and for the County of Cook and State of Illinois, on June 26, 2026, at the hour of 9:30 o'clock a.m. via Zoom videoconference.

APPEARANCES:

WALLACE MILLER
MS. ALEXANDREA M. MESSNER
200 West Madison Street, Suite 3400
Chicago, Illinois 60606
(312) 261-6193
mcw@wallacemiller.com

appeared on behalf of plaintiff;

O'HAGAN MEYER LLC
MR. STEVEN J. MOLITOR
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
(312) 422-6100
smolitor@ohaganmeyer.com

appeared on behalf of defendants.

ALSO APPEARING REMOTELY:

MR. MASON AWTRY

MS. ALEXIS JAMAIL, videographer
Paszkiewicz Litigation Services

# I N D E X

WITNESS: Alexandra Puscheck McLaughlin


| EXAMINATION: | PAGE |
|---|---|
| by Ms. Messner | 5 |
| by Mr. Molitor | 127 |
| by Ms. Messner | 159 |
| by Mr. Molitor | 160 |

| PLAINTIFF'S EXHIBITS | | Marked for ID |
|---|---|---|
| 33 | 7/20/23 Glassdoor review | 74 |
| 34 | Glassdoor reviews | 80 |
| 35 | Text messages | 102 |

| PREVIOUSLY MARKED EXHIBITS | | First referred to |
|---|---|---|
| 8 | Memorandum in Judgment for Allocation of Parental Responsibility and Time | 68 |

Q. Okay. So when you were an associate designer, who would have been your supervisor?

**A. I reported to Tom Castlevecchi (phonetic) when I was initially hired. And then he had left, and I believe I reported to the designer who was in Naperville, Jacqueline Essenberg (phonetic), and I'm not really sure. And then Rachel Deane was hired, and I believe I reported to her, and then I was promoted and officially reported to her.**

Q. Okay. Do you know when Tom Castlevecchi left?

**A. He was only there for a couple months, so I want to say, like, March 2017.**

Q. Okay. So then Jacqueline Essenberg, did she take over Tom Castlevechhi's job?

**A. No.**

Q. Okay.

**A. And she was just a higher level than me in my office.**

Q. Okay.

**A. She was more senior than I was at the time.**

Q. Okay. What periods of time -- so

STATE OF ILLINOIS )
) SS:
COUNTY OF C O O K )

I, Cathleen M. Baker, CSR, Certified Shorthand Reporter, and a notary public in and for the County of Cook and State of Illinois, do hereby certify that ALEX PUSCHECK MCLAUGHLIN on June 26, 2026, was by me first duly sworn to testify to the truth, the whole truth, and nothing but the truth, and that the above deposition was recorded stenographically by me and transcribed by me.

I FURTHER CERTIFY that the foregoing transcript of said deposition is a true, correct, and complete transcript of the testimony given by the said witness at the time and place specified.

I FURTHER CERTIFY that I am not a relative or employee or attorney or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I have set my hand this 12th day of July 2026.

________________________________
Cathleen M. Baker
Certified Shorthand Reporter
Certificate No. 84-002130